IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JAMEISON BEAM, | CV 15–86–H–DLC–JTJ |
| Plaintiff, | |
| vs. | ORDER |
| LARRY PASHA, BEN BOULEY, LT. HARMON, LEROY KIRKEGARD, JANE DOE 1, and JOHN AND JANE DOES 2-20, | |
| Defendants. | |

United States Magistrate Judge John T. Johnston entered an order, findings, and recommendations in this case on October 22, 2015, granting Plaintiff Jameison Beam's ("Beam") motion to proceed in forma pauperis, but recommending dismissal of Defendants State of Montana, Ben Bouley, and all Jane and John Doe Defendants due to Beam's failure to make any allegations against them. Beam did not object to the order or to the findings and recommendations, and so waived the right to *de novo* review of the latter. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v.*

-1-

*Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the findings and recommendations, the Court finds no clear error in Judge Johnston's conclusions regarding Beam's pleading against the above defendants.

Accordingly, IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 6) are ADOPTED IN FULL. The State of Montana, Ben Bouley, and all Jane and John Doe Defendants are DISMISSED from this case.

DATED this 17th day of December, 2015.

Dana L. Christensen, Chief Judge
United States District Court